```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN ORTEGA,

        Plaintiff,

-against-

CUT GOLF LLC,

        Defendant.

22-CV-2111 (JLR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Plaintiff was permitted to file an amended complaint no later than February 9, 2023. (Dkt. 24.) On February 9, 2023, plaintiff filed a letter attaching a proposed First Amended Complaint (FAC). (Dkt. 28-1.) Because it was timely filed, the Court accepts the document at Dkt. 28-1 as plaintiff's FAC.

Dated: New York, New York
       February 10, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**